# Third District Court of Appeal

## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-336
Lower Tribunal No. 18-14610
_____

## Sterling Mirror Company, LLC, etc.,

Appellant,

vs.

## Waldman Barnett, P.L.,

Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Charles M. Baron, P.A., and Charles M. Baron (Hollywood), for appellant.

Waldman Barnett, P. L., and Glen H. Waldman and Julie A. Levine, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.